**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**FIRDAVS BAKOEV** **PETITIONER**

**v.** **No: 2:26-cv-00150-JM**

**MIKE ALLEN, in his official capacity as Sheriff of Crittenden County**
**DIRECTOR, in his official capacity as Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement** **RESPONDENTS**

**ORDER TO SHOW CAUSE**

The Court has reviewed the Proposed Findings and Recommendation (RD) submitted by United States Magistrate Joe J. Volpe (Doc. No. 2), the timely objections (Doc. No. 3), and the record de novo. After consideration of the objections and the applicable law, the Court declines to adopt the RD.

On the petition of FIRDAVS BAKOEV for issuance of a writ of habeas corpus pursuant to 28 U.S.C. §§2241 and 2243, it is

ORDERED that the Respondents, Mike Allen, Sheriff of Crittenden County, and the Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, show cause before this Court why an order should not be entered directing a writ of habeas corpus to issue commanding the Respondents to produce the Petitioner FIRDAVS BAKOEV before this Court. The Respondents shall make a return within fourteen days[1] of the date of this Order certifying the true cause of the detention.

---

[1] 1The Court finds that good cause exists to extend the time of the return from three days to fourteen to allow the Petitioner time to serve this Order and the Respondents time to prepare its return.

IT IS FURTHER ORDERED that the Petitioner be retained by Respondent until further order of this Court.

IT IS FURTHER ORDERED that the Petitioner's service of this Order—together with a copy of the petition and attached exhibits, the Proposed Findings and Recommendations, and the objections—on the Respondents on or before October 20, 2026, shall be deemed sufficient service. The Petitioner is also ordered to serve a copy of this Order and the above-listed documents on the United States Attorney for the Eastern District of Arkansas.

IT IS SO ORDERED this 15th day of October, 2026.

UNITED STATES DISTRICT JUDGE

.